United States District Court
for the District of Massachusetts

Shonnett Sisco,
*Plaintiff,*

v.

Goodwin Procter LLP
*Defendant.*

Civil Action No. 04-12564-DPW

## Certification of Conference Under Local Rule 16.1(D)(3)

The undersigned certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of this litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
James W. Nagle
Goodwin Procter LLP

Dated 1/27/05

_____
Jay Shepherd (Mass. BBO# 567844)
Stephen B. Reed (Mass. BBO# 561949)
Lurleen A. Manning (Mass. BBO# 655109)
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110-1248
Telephone: 617.439.4200
Facsimile: 617.439.4207

Dated 1/26/05