**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**SHONNETT SISCO**
    **Plaintiff,**

**v.**                                                                 **CIVIL ACTION**
                                                                       **NO. 04-12564-DPW**
**GOODWIN PROCTER LLP**
    **Defendant,**

**ORDER OF REFERRAL TO ADR PROGRAM**

**WOODLOCK, D.J.**

    The above captioned matter is referred to the Court's ADR program for mediation with a Magistrate Judge.

    Upon the conclusion of mediation, the parties shall advise the Court as to the status (i.e., whether the case has settled or not).

    The parties shall contact the ADR coordinator to arrange for mediation to be scheduled as soon as possible.

                                                                     By the Court,

                                                                     <u>/s/ Michelle Rynne</u>
**DATED: February 11, 2005**                                    Deputy Clerk