United States District Court
for the District Of Massachusetts

Shonnett Sisco,
*Plaintiff,*

v.

Goodwin Procter LLP,
*Defendant.*

Civil Action No. 04-125464-DPW

# Notice of Withdrawal of Lurleen Manning as Defendant's Counsel

Lurleen Manning, co-counsel for the Defendant, states the following in support of her notice to withdraw her representation:

1. I am currently an associate at Shepherd Law Group, P.C. I am, however, leaving the firm and going to work for the City of Boston. I am therefore unable to continue my representation of the Defendant. Jay Shepherd and Stephen B. Reed remain as counsel for the Defendant.

2. My client was informed that I will no longer be representing it.

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 05/05/05

Respectfully submitted,

_____
Lurleen A. Manning (BBO# 655109)
Shepherd Law Group, P.C.
99 Summer Street, Suite 910
Boston, MA 02110-1248
Telephone: 617.439.4200
Facsimile: 617.439.4207

Dated May 5, 2005