UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHONNETT SISCO, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| v. ) | NO. 04-12564-DPW |
| ) | |
| GOODWIN PROCTER LLP, ) | |
| ) | |
| Defendant. ) | |

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE WOODLOCK

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On <u>   May 12, 2005   </u>, I held the following ADR proceeding:

    <u>          </u> SCREENING CONFERENCE      <u>          </u> EARLY NEUTRAL EVALUATION

    <u>   X    </u> MEDIATION      <u>          </u> SUMMARY BENCH/JURY TRIAL

    <u>          </u> MINI-TRIAL      <u>          </u> SETTLEMENT CONFERENCE

The plaintiff, who is pro se, was present as was the defendant's counsel.

The case was:

[ ]  Settled. Your clerk should enter a 30-day order of dismissal.

[ X ]  There was progress. A further conference has been scheduled for <u>                    </u> <u>June 7, 2005 at 10:00 AM          </u>, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

<u>                                                                                                              </u>
<u>                                                                                                              </u>

                                                  <u>  / s / Judith Gail Dein          </u>
                                                  Judith Gail Dein, U.S. Magistrate Judge

DATED:  May 12, 2005                          ADR Provider