UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHONNETT SISCO,            )
                           )
        Plaintiff,         )      CIVIL ACTION
    v.                     )      NO. 04-12564-DPW
                           )
GOODWIN PROCTER LLP,       )
                           )
        Defendant.         )

**REPORT RE: REFERENCE FOR**
**<u>ALTERNATIVE DISPUTE RESOLUTION</u>**

TO JUDGE WOODLOCK

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]  On   May 12, 2005 and June 7, 2005  , I held the following ADR proceeding:

|          SCREENING CONFERENCE |          EARLY NEUTRAL EVALUATION |
|     X    MEDIATION            |          SUMMARY BENCH/JURY TRIAL |
|          MINI-TRIAL           |          SETTLEMENT CONFERENCE |

The plaintiff, who is pro se, was present as was the defendant's counsel.

The case was:

[X]  Settled. Your clerk should enter a 30-day order of dismissal.

[ ]  There was progress. A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

                                    / s / Judith Gail Dein
                                    Judith Gail Dein, U.S. Magistrate Judge
DATED: June 7, 2005                 ADR Provider