

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

SHONNETT SISCO

    Plaintiff,

- v.-

GOODWIN PROCTER LLP

    Defendant.

---

Civil Action No. 04-12564-DPW

## STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiff, Shonnett Sisco, and the Defendant Goodwin Procter LLP, hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay her or its own costs and attorneys' fees.

SHONNETT SISCO

Pro Se,

_/s/ Shonnett Sisco_
Shonnett Sisco

GOODWIN PROCTER LLP

By its attorneys,

_/s/ Jay Shepherd_
Jay Shepherd
Shepherd Law Group
99 Summer Street, Suite 910
Boston, MA 02110
(617) 439-4200

DATED:

July 30, 2005

DATED: ~~July~~ August 4, 2005